# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL H. STEVENSON, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 2:21-cv-01284-JAD-NJK

**ORDER**

Plaintiffs are proceeding in this action *pro se* and submitted documents to initiate this case in this Court. Docket No. 1. Plaintiffs have not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. *See* Docket. To proceed with this case, Plaintiffs must either pay the filing fee or file separate fully complete applications to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file fully complete applications to proceed *in forma pauperis*.

2. The Clerk's Office is instructed to send Plaintiffs the approved form applications to proceed *in forma pauperis*, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

3. Plaintiffs must comply with this order no later than August 6, 2021. **Failure to comply will result in a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: July 16, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge